**FILED**

OCT 2 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

Name          *Ryan J. Duerst*
Street Address     *P.O. Box 741*
City and County     *Roseville, Placer*
State and Zip Code    *CA 95678*
Telephone Number    *916-390-2720*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*Ryan J. Duerst (Pro Se)*

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

*Superior Court of California
County of Placer*

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. *2:18CV2869 TLN AC*

*(to be filled in by the Clerk's Office)*    *PS*

Jury Trial:     ☒ Yes     ☐ No
          *(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            *Ryan J. Duerst*
Street Address  *P.O. Box 741*
City and County *Roseville, Placer*
State and Zip Code *CA 95678*
Telephone Number *916-390-2720*

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name            *Superior Court of California*
Job or Title    *County of Placer*
(if known)
Street Address  *10820 Justice Center dr.*
City and County *Roseville, Placer*
State and Zip Code *CA 95678*
Telephone Number *916-408-6000*

Defendant No. 2

Name            _____
Job or Title    _____
(if known)
Street Address  _____
City and County _____
State and Zip Code _____
Telephone Number _____

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*FED. R. CIV. P. 60, Relief from Judgment or Order (b) Mistakes; Inadvertence; Excuseable Neglect; Newly Discovered Evidence; Fraud, etc.*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Collection on this current order is in excess of $200,000 and rising everyday.*

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

*See Attachment "A" page 1-3*

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attachment "A" page 3-4

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 29, 2018

Signature of Plaintiff

Printed Name of Plaintiff    Ryan J. Duerst

6

## STATEMENT OF CLAIM

1

2

3     **I** (Ryan J. Duerst) **AM NOT** seeking this court to determine any amount of child support,

4     child custody, property division, retirement accounts, etc…

5     I (Ryan J. Duerst) am seeking this court to **VOID** the orders made **without proper**

6     **jurisdiction of the Judges/Commissioners** from the California Superior Court of Placer County

7     for the following reasons.

8     **STATEMENT OF CLAIM: (Facts)**

9     Lynsey B. Duerst filed for Divorce from Ryan J. Duerst. Superior Court of California

10    County of Placer Case No.: S-DR-0039687

11    The Court assigned a few of its Judges and Commissioners to preside over the case at

12    different stages of the process, with a final assignment from the court to (Former) Commissioner

13    Amara. (Commissioner Amara was permanently removed from the bench/court for his actions in

14    this case).

15    When the Court assigned Commissioner Amara to the case, Ryan J. Duerst was involved

16    in a separate Civil suit where he, Ryan J. Duerts, was the Plaintiff in the case, and Commissioner

17    Amara was a Defendant.

18    Ryan J. Duerst demanded several times at several hearings that Commissioner Amara

19    Recuse himself from the divorce case. Commissioner Amara refused each and every time to

20    recuse himself, instead he threatened several times to reduce child custody time for Ryan J.

21    Duerst at hearings where child custody was not before the court, signed Ryan J. Duerst's retire

22    documents against his will, and imposed several exurbanite amounts of sanctions against Ryan J.

23    Duerst.

24

25

1

DURST vs. PLACER SUPERIOR COURT                         ATTACHMENT A
PLAINTIFF'S COMPLAINT

1  Ryan J. Duerst filed a complaint with the California Commission on Judicial

2  Performance and Review (CJP) and with the Presiding Judge Allen V. Pineschi of Placer County

3  Superior Court against Commissioner Amara. The CJP and the Superior Court of California

4  County of Placer permanently removed Commissioner Amara from the bench/court.

5  With the removal of Commissioner Amara, Presiding Judge Allen V. Pineschi of the

6  Superior Court of Placer County decided that none of the Judges/Commissioners of Placer

7  County had Jurisdiction in the case, and the case was then sent to the California Judicial Council

8  (CJC) for judicial assignment. The CJC issued an order to assigned the case to Retired Judge

9  Douglas Phimister from El Dorado County for the rest of its duration to be heard inside the Court

10  House of Placer County. Through this process, the Placer County Court is responsible to notify

11  the Retired Judge of any and all court dates for the assigned case.

12  Ryan J. Duerst then filed to have the retaliation orders that Commissioner Amara issued

13  reviewed and Vacated. On the same day and time of this hearing, the Superior Court of

14  California County of Placer (including several Judges from the court and the Presiding Judge),

15  CJP, and Chief Justice Tani G. Cantil-Sakauye (Leader of the Judicial Branch of Government,

16  Judicial Council and Judicial Appointments) filed a Motion Case# S-CV-0037510 to have Ryan

17  J. Duerst declared a "VEXATIOUS LITIGANT", thus requiring Ryan J. Duerst to get

18  permission from the Plaintiffs before he can file anymore complaints, motions to have orders

19  dismissed… etc. This VEXATIOUS LITIGANT motion was **Dismissed with prejudice** by

20  Retired Judge Phimister. The Retaliation Review to Vacate was continued with the court needing

21  further documents. At the next scheduled court date, Judge Phimister was not on the bench,

22  instead… The Placer County Court itself assigned the case to Placer County Judge Garen Horst.

23  Ryan J. Duerst had no notification from the CJC that any changes in the assigned Judge were to

24

25

DURST vs. PLACER SUPERIOR COURT                    ATTACHMENT A
PLAINTIFF'S COMPLAINT

take place, (When Retired Judge Phimister was assigned, Ryan received an Official Letter with the CJC decision for case assignment).

Judge Horst decisions in the matter were that no changes be made in the current orders, dismissed the retaliation claims and that Ryan J. Duerst be sanctioned further in the matter.

Ryan J. Duerst has since discovered that Judge Horst and his Ex-Wife Lynsey B. Duerst have a past business relationship. Judge Horst worked on the production of Lynsey's music album (this album is currently for sale on the internet) and that Lynsey worked on Judge Horst's daughter's production of her music album.

Not only did the Court disregard the CJC's Judicial Assignment Order, but then the Placer Court assigned the case to a Judge who has a business relationship with one of the litigants. Ryan J. Duerst would also discover that not only is both Judge Horst and Lynsey connected in the music industry together, but Lynsey's Attorney (Frank Ali) is also in the music industry.

Lynsey B. Duerst has informed Ryan J. Duerst that she intends in the very near future to bring yet another motion before Judge Horst and obtain an additional $50,000 + dollars from yet another judgement.

**RELIEF:**

Ryan J. Duerst is seeking an order from this court to VOID all the orders made in the Superior Court of California County of Placer Case No.: S-DR-0039687 and issue an injunction to prevent the Superior Court of California County of Placer from ever issuing any future orders in this matter.

3

DURST vs. PLACER SUPERIOR COURT                                    ATTACHMENT A
PLAINTIFF'S COMPLAINT

When this Court VOIDS the orders, issues an injunction, this allows the parties to start with a clean slate in a local neighboring county that neither party has any connection with the Judicial Officers and obtain a decision that is both non-bias, without threats, retaliation and within the laws governed by this state.

Injuries caused by Defendants in this case is overwhelming.

1. Loss of custody time with minor children

2. Loss of family home

3. Loss of income

4. Loss of savings accounts

5. Loss of retirement accounts

6. Mental anguish includes but is not limited to: Under constant threats knowing Lynsey has a personal connection with the Judge in the case.

7. Enforcement of VOID orders: Ryan has had to close any and all bank accounts because the State is relentless on seizing any and all funds and threats of suspension of licenses.

Ryan J. Duerst is Demanding a Jury trial along with an audit to determine the exact amount he has lost under these current orders. Punitive and exemplary damages to be determined by jury.

**I declare under penalty of perjury that the foregoing is true and correct. I will testify under oath to any and all of the actions in this complaint.**

Dated: October _____29_____, 2018          _____

                                            Ryan J. Duerst, Pro Se

4
DURST vs. PLACER SUPERIOR COURT                    ATTACHMENT A
PLAINTIFF'S COMPLAINT