UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. DUERST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF PLACER,<br><br>　　　　Defendant. | No. 2:18-cv-2869 TLN AC PS<br><br>ORDER |

  Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

  Plaintiff's IFP application does not make the showing required by 28 U.S.C. § 1915(a)(1). According to the application, plaintiff received money from "Business, profession or other self-employment" during the past 12 months. ECF No. 2 at 1 ¶3. However, plaintiff fails to disclose "the amount received and what you expect you will continue to receive." See id. at 1.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with all entries on the form completed.

////

2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: October 31, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE