UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. DUERST,<br><br>        Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF PLACER,<br><br>        Defendant. | No. 2:18-cv-02869-TLN-AC<br><br>ORDER |

      Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On December 3, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 5.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 6.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 3, 2018, (ECF No. 5) are adopted in full; and

2. Plaintiff's request to proceed in forma pauperis (ECF No. 4) is GRANTED but the complaint (ECF No. 1) is DISMISSED with prejudice because it fails to state a claim upon which relief can be granted and because it brings claims against an immune defendant.

Dated: February 4, 2019

Troy L. Nunley
United States District Judge